# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CROUNSE, | Case No.: 1:18-cv-1177 -DAD-JLT |
| Plaintiff, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | (Doc. 8) |
| Defendant. | |

On November 20, 2018, Plaintiff filed a Notice of Dismissal, indicating that he was dismissing the action without prejudice. (Doc. 8 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because the defendant had not appeared or filed an answer, the action was automatically terminated. *Id.*

Accordingly, the Court **ORDERS**:

1. Plaintiff's complaint is **DISMISSED** with prejudice; and
2. The Clerk of Court **IS DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **November 21, 2018**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE